IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES O'BRIEN,

    Plaintiff,

vs.                          CASE NO.: 5:04cv228-SPM/EMT

UNITED STATES, et al.,

    Defendants.
_____/

## ORDER EXTENDING TIME TO FILE OBJECTIONS

Upon consideration, Plaintiff's Motion for Enlargement of Time to Respond to the Magistrate Findings (doc. 15) is granted. Plaintiff shall have up to and including July 13, 2005 to file objections to the Magistrate Judge's June 17th findings (doc. 14).

DONE AND ORDERED this 6th day of July, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge